# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:** Eric Von Ross      **Docket Number:** 0972 1:10CR00432

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   6/10/2005

**Original Offense:** 21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Hydrochloride **(CLASS A FELONY)**

**Original Sentence:** 84 months Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment; Mandatory drug testing; DNA collection.

**Special Conditions:**

Drug/Alcohol Testing

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   9/29/2009

**Other Court Actions:**

| | |
|---|---|
| 08/13/2010: | Violation notification submitted to the Middle District of North Carolina notifying the Court of offender's New Law Violation for Driving under the Influence of Alcohol and Driving under the Influence of Alcohol over .08%. Transfer of Jurisdiction was also requested. |
| 10/26/2010: | The Eastern District of California accepted jurisdiction from the Middle District of North Carolina. |
| 11/19/2010: | Probation Form 12A1, Report of Noncompliance, submitted advising the Court of the offender's illicit drug use. Since the offender will be re-enrolled in outpatient substance abuse testing and counseling, the |

|  |  |
|---|---|
|  | probation officer recommended the Court take no adverse action. The Court approved on November 22, 2010. |
| **02/08/2011:** | Probation Form 12A1, Report of Noncompliance, submitted advising the Court of the offender's illicit drug use. The probation officer contacted and spoke with a scientist at Alere Toxicology, who confirmed the positive drug test. However, the scientist could not confirm if the positive test was the result of new or residual use. Since then, all subsequent drug tests have been negative. The probation officer recommended the Court take no adverse action. The Court approved on February 8, 2011. |
| **05/29/2013**: | Probation Form 12A1, Report of Noncompliance, submitted advising the Court of the offender's presumptive positive drug test for marijuana. Since the offender was willing to participate in a drug aftercare program, the probation officer recommended no adverse action. The Court approved on May 30, 2014. |
| **04/30/2014:** | Probation Form 12C, Petition for Warrant, filed with the Court alleging a New Law Violation (Arson) and Unauthorized Travel. A no-bail warrant was issued on April 30, 2014. |
| **11/03/2014**: | Arrested by the United States Marshal's Service. |
| **11/24/2014:** | The offender appeared before United States Magistrate Judge Gary S. Austin for an initial appearance. The offender denied both allegations and a Detention Hearing was scheduled for November 26, 2014. A Status Conference was also scheduled for December 15, 2014. The offender was temporarily detained pending the Detention Hearing. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The offender shall reside and participate in a residential community corrections center, Turning Point, Bakersfield, for a period of up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  Orange County Superior Court filed a Felony Complaint against Mr. Ross under Case Number 14F08015 on April 10, 2014. The Complaint alleges that Mr. Ross unlawfully set

fire to the property of Angela Shepin. At this time, this matter remains unresolved and his next court date is scheduled for December 17, 2014. The probation officer also consulted with the Assistant United States Attorney Kathleen Servatius regarding the recommendation for the offender to participate in the Turning Point Reentry Center pending a disposition in the state felony offense.

As evidenced by his signature on the attached Waiver of Hearing form dated November 24, 2014, Mr. Ross agrees to the above-noted modification in order to allow Court proceedings in his state case to conclude.

Respectfully submitted,

**/s/ J.C. Hill**

**J. C. Hill**
**United States Probation Officer**
Telephone:

**DATED:** 11/26/2014

Reviewed by,

**/s/ Lonnie E. Stockton**

**Lonnie E. Stockton**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

IT IS SO ORDERED.

   Dated:   **November 26, 2014**          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE