IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )
                            )
       Plaintiffs,          )    No. 1:10-CR-00432 LJO
                            )
   vs.                      )
                            )    ORDER OF RELEASE
ERIC VON ROSS               )
                            )
       Defendant,           )
                            )
```

    The above named defendant having agreed to the modification of the terms and conditions imposed on Wednesday, November 26, 2014.

    IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, November 26, 2014, to a representative of Turning Point Residential Drug Treatment Program in Bakersfield, CA. for immediate placement.

IT IS SO ORDERED.

Dated:   **November 26, 2014**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26